P. Morgenstern Co., Appellant, *v.* The Vienna Pressed Yeast Co., Respondent.

Appeal from a judgment of the District Court.

*Frank J. Dupignac,* for appellant.

*T. Clement Campbell,* for respondent.

*Per Curiam.* Plaintiff's Exhibit A is not included in the return. A reargument must, therefore, be had, pending which the record should be amended by supplying the missing letter.

Present: Bischoff and Giegerich, JJ.

Reargument ordered, pending which the record should be amended by supplying the missing exhibit.